**Ronald Hugh HUTTON,
Plaintiff–Appellant,**

v.

**U.S. DEPARTMENT OF VETERANS
AFFAIRS, Defendant–Appellee.**

No. 14–1974.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 19, 2014.

Decided: Dec. 24, 2014.

Ronald Hugh Hutton, Appellant Pro Se.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Hugh Hutton appeals the district court's order denying his post-judgment motion for a trial hearing. We have reviewed the record and Hutton's informal brief on appeal, and we conclude that this appeal is frivolous. *See Neitzke v.*

*Williams,* 490 U.S. 319, 325, 327, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989). Accordingly, we dismiss the appeal. *See* 28 U.S.C. § 1915(e)(2)(B) (2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*